IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

SPENCER MASON,
Reg #12466-010                                                         PLAINTIFF

v.                              No. 2:17-cv-112-DPM

C V RIVERA, Warden, FCI-Forrest
City Medium; T CARTER, Captain,
FCI-Forrest City Medium; B FLINT,
S.I.S., FCI-Forrest City Medium;
J LINN, Head of S.I.A., FCI-Forrest
City Medium; USA; and JOHN DOE,
S.I.S., FCI-Forrest City Medium                                     DEFENDANTS

ORDER

Unopposed recommendation, № 17, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Although earlier mail was returned undeliverable, № 16, there's no indication that the pending recommendation wasn't delivered; and Mason hasn't objected. His amended complaint will be dismissed without prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 January 2018