IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

SPENCER MASON,
Reg #12466-010                                                               PLAINTIFF

v.                          No. 2:17-cv-112-DPM

C V RIVERA, Warden, FCI-Forrest
City Medium; T CARTER, Captain,
FCI-Forrest City Medium; B FLINT,
S.I.S., FCI-Forrest City Medium;
J LINN, Head of S.I.A., FCI-Forrest
City Medium; USA; and JOHN DOE,
S.I.S., FCI-Forrest City Medium                                              DEFENDANTS

## JUDGMENT

The amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 January 2018